UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe EAL1

          Plaintiff(s),            Case No. 22-12289

v.            Honorable Paul D. Borman

University of Michigan, et al            Magistrate Judge Anthony P. Patti

          Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: September 28, 2022            s/Anthony P. Patti
           Anthony P. Patti
           U.S. Magistrate Judge

---

Pursuant to this order, this case is reassigned to Magistrate Judge Kimberly G. Altman.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 28, 2022            s/ S Schoenherr
           Deputy Clerk