UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE EALI

        Plaintiff(s),          Case No. 22-cv-12289

v.          Honorable Paul D. Borman

THE UNIVERSITY OF MICHIGAN, et al.,          Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

        A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: September 29, 2022          s/Paul D. Borman
                                                                                    Paul D. Borman
                                                                                    U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Gershwin A. Drain.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 29, 2022          s/ S Schoenherr
                                                                                      Deputy Clerk