IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| John Doe EAL1, <br><br> Plaintiff, <br><br> v. <br><br> The University of Michigan, and the Regents of the University of Michigan (official capacity only), <br><br> Defendants. | Case No. 2:22-cv-12289-VAR-EAS <br><br> Hon. Victoria A. Roberts <br> Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. No answer or responsive pleading has been filed by Defendants to date.

Respectfully submitted,

Dated: December 5, 2022      By: */s/ Elizabeth K. Abdnour*

Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
1100 w. Saginaw St., Suite 4A-2
Lansing, MI 48915
Ph: (517) 292-0067
Fax: (517) 709-7700
Email: elizabeth@abdnour.com

*Attorney for Plaintiff*

1