UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Doe EAL1,

    Plaintiff(s),

vs

Case No: 22-12289
Hon. Victoria A. Roberts

University of Michigan, et al.,

    Defendant(s).
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal [ECF No. 8] filed by Plaintiff, this case is.**DISMISSED**

    **ORDERED**.


s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 1/9/2023

Dated: